# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEATRICE RODRIGUEZ,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>ANDREW M. SAUL,<br>Commissioner of Social Security<br>Administration,<br><br>　　　　　　Defendant. | Case No. CV 18-8537-JAK (SP)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. Plaintiff has not filed any written Objections to the Report within the time permitted. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that defendant's Motion to Dismiss (docket no. 24) is granted, and Judgment will be entered dismissing this action with prejudice.

Dated: November 9, 2020

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE