JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEATRICE RODRIGUEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANDREW M. SAUL,<br>Commissioner of Social Security<br>Administration,<br><br>　　　　Defendant. | Case No. CV 18-8537-JAK (SP)<br><br>**JUDGMENT** |

　　Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

　　IT IS HEREBY ADJUDGED that the Complaint and this action are dismissed with prejudice.

Dated: November 9, 2020

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE